MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KAREN D. BEAUSEY  (CABN 155258)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-6935
    Fax: (415) 436-6982
    E-Mail: Karen.Beausey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR-11-00571 WHA |
|     Plaintiff, | [~~PROPOSED~~] ORDER FINDING EXCLUDABLE TIME |
| v. | |
| JOSE ANTONIO PEREZ ESPARZA, and ROBERT ANTON BARRAGAN SOLORIO, | |
|     Defendants | |

    On January 31, 2012, the parties in the above-captioned matter appeared before the Court for status.  Based upon the complex nature and voluminous discovery in the case, which includes a wiretap and foreign language tapes and transcripts, and also upon the need to examine defendant Solorio for mental competency, the Court finds that defense counsel reasonably needs additional time to prepare and that it would be unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limit established by the Speedy Trial Act.  Accordingly, based upon the need for effective preparation of trial counsel, and the stipulation of the parties, and pursuant to §§ 3161(h)(7)(A), (B)(ii), and (B)(iv), IT IS HEREBY

///

///

1  ORDERED that all time from January 31, 2012 through February 21, 2012 should be excluded in
2  computing the time within which trial in this matter must commence.
3
4  IT IS SO ORDERED.
5
6  DATED:  February 6, 2012.
7                                             _____
                                               William Alusp
8                                              UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER FINDING EXCLUDABLE TIME                                              2